1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2 | MARK L. KROTOSKI (CASBN 138549)
3 | Chief, Criminal Division

4 | VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3924

7 | Facsimile: (510) 637-3724
Vineet.Gauri@usdoj.gov

8

Attorneys for Plaintiff

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      )      No.    4-06-70434-WDB
                                )
14 |      Plaintiff,              )
                                )
15 |                             )      [PROPOSED] ORDER OF EXCLUSION OF
           v.                    )      TIME UNDER THE FEDERAL RULES OF
16 |                             )      CRIMINAL PROCEDURE AND THE
      ARMANDO AGUILAR-DELGADO,   )      SPEEDY TRIAL ACT, 18 U.S.C. § 3161
17 |                             )      ET SEQ.
                                )
18 |      Defendant.             )
                                )
19 |                             )
_____  )

20

21 |                           **ORDER**

22 | It is ORDERED that time is excluded under the Speedy Trial Act, and the time for

23 | indictment is waived under Rules the Federal Rules of Criminal Procedure, from July 14, 2006 to

24 | July 28, 2006, based on the need of defense counsel to continue investigating and effectively prepare

25 | the case, taking into account the exercise of due diligence. The Court finds that the ends of justice

26 | //

- 1 -

1   //

2   would be served by granting the continuance.

3

4   DATED: July 14, 2006

5

6                                   _____

7                                   HON. NANDOR VADAS
                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -